## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| DEBTOR(S) Clyde S. Jamison Sr. | CASE NO. 09-21445 |
|---|---|

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information**

For the benefit of the Claimant[1] named below, application is made for the disbursement of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

| | |
|---|---|
| Amount: | $24,447.31 |
| Claimant's Name: | Theresa Jamison |
| Claimant's Current Address and Telephone Number: | 9 West Boesch Ct. Alexandria, KY 41001  859-444-2890 |

EASTERN DISTRICT OF KENTUCKY
FILED
FEB 11 2020
JHW
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

**2. Applicant Information**

Applicant[2] represents that the Claimant is entitled to receive the unclaimed funds based upon:
*(check the statements that apply)*

- [✓] Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

- [ ] Claimant is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

- [ ] Applicant is Claimant's funds locator and is named in the attached Power of Attorney, valid under the laws of the State of_____, which empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant.

- [ ] Applicant is Claimant's attorney.

- [ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with the application.

### 4. Notice to United States Attorney

The Applicant understands that a copy of this application and supporting documentation must be sent to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

>   Office of the United States Attorney
>   Eastern District of Kentucky
>   260 W Vine St, Ste 300
>   Lexington, KY  40507-1612

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _2/6/20_

_Theresa M. Jamison_
Signature of Applicant

_Theresa Jamison_
Printed Name of Applicant

_9 West Boesch Ct. Alexandria, KY 41001_
Address

Telephone: _859-444-2890_

Email: _theresamjamison@gmail.com_

### 6. Notarization

STATE OF _Kentucky_

COUNTY OF _Campbell_

This Application for Payment of Unclaimed Funds, dated _2/6/20_ was subscribed and sworn to before me this _6th_ day of _February_, 20_20_ by

_Theresa Jamison_

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _Heather [signature]_

My commission expires: _[seal: HEATHER TERRY, My Commission Expires 02-01-2022, NOTARY PUBLIC, STATE AT LARGE, KENTUCKY, Notary ID #584442]_

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

> Office of the United States Attorney
> Eastern District of Kentucky
> 260 W Vine St, Ste 300
> Lexington, KY 40507-1612

Names and addresses of all other parties served:

Date: 2/6/20

Signature: *Rebecca M. Jamison*
Name: Theresa Jamison
Address: 9 West Boesch Ct.
Alexandria, KY 41001